IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HILLMAR PATTERSON, JR., : | |
| Plaintiff, : | |
| v. : | Civil Action No. |
| : | 7:08-CV-3 (HL) |
| VIRGINIA WILLIAMS, et al., : | |
| Defendants. : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 11), which recommends dismissing Defendant Virginia Williams. Plaintiff has filed an Objection (Docs. 15 & 22). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portion of the R&R to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 21st day of August, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc