IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HILLMAN PATTERSON, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 7:08-CV-3 (HL) |
| VIRGINIA WILLIAMS, et al., : | |
| : | |
| Defendants. : | |
| : | |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 62), which recommends granting the Motion for Summary Judgment filed by Defendants John Richards and Virginia Williams (Doc. 29) and granting the Motion for Summary Judgment filed by Defendant Dr. Roland Brown (Doc. 40). Plaintiff has filed an Objection (Doc. 64), albeit an untimely one. Nevertheless, pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's untimely Objection and has made a de novo determination of the portion of the R&R to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 30th day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc